# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:24-mj-276 -WCM |
| CIPRIANO FLORES ROLDAN | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 10, 2019, through present in the county of Catawba in the Western District of North Carolina, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:

See Affidavit incorporated by reference herein.

☑ Continued on the attached sheet.

/s/ Jared Schaefer
*Complainant's signature*

Jared Schaefer, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Signed: September 6, 2024

W. Carleton Metcalf
United States Magistrate Judge

*Judge's signature*

Date: September 6, 2024

City and state: Asheville, North Carolina

W. Carleton Metcalf, U.S. Magistrate Judge
*Printed name and title*